**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1285**

DAWN NORMAN,

               Plaintiff - Appellant,

          v.

RHODA PATNETLLI; BONECA NORMAN; ANNIE WILLIAMS; ISABELLE
HILLARD; CLAUDINE REEVES; NETTIA CONSELLE; JANE DOE; JOHN
DOE,

               Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (3:13-cv-00041-JRS)

Submitted:  August 29, 2013          Decided:  September 3, 2013

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dawn Norman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dawn Norman seeks to appeal the district court's order dismissing her civil complaint without prejudice for failure to comply with a court order directing her to file a particularized amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Norman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Because Norman can remedy the deficiencies identified by the district court by filing an amended complaint following the instructions of the district court, we conclude that the district court's order is neither final nor otherwise appealable. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2